AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

## McALLEN DIVISION

UNITED STATES OF AMERICA

V.

Jose Rene Gutierrez-Perez

AKA: Jose Gutierrez

IAE    YOB:    1961

Mexico

(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED

JUL 3 0 2018

. Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:    M-18-1567-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ July 27, 2018 _____ in ___ Hidalgo ___ County, in

the _____ Southern _____ District of _____ Texas _____

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ___ 8 ___ United States Code, Section(s) ___ 1326 ___ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jose Rene Gutierrez-Perez was encountered by Border Patrol Agents near Mission, Texas on July 27, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on July 27, 2018, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on July 19, 2018, through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 25, 1997, the Defendant was convicted of Possession of Marijuana 50-2000 lb and was sentenced to ten (10) years confinement and ten (10) years probation.

Continued on the attached sheet and made a part of this complaint:          ☐ Yes  ☒ No

*Approved Joseph Leonard*

Sworn to before me and subscribed in my presence,

Signature of Complainant

July 30, 2018

Robert Ramirez          Senior Patrol Agent

J Scott Hacker                          , U.S. Magistrate Judge

Name and Title of Judicial Officer

Signature of Judicial Officer